HAROLD BENJAMIN, Respondent, v. SEARS, ROEBUCK AND COMPANY, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.